**Mubarak SWATTI, Petitioner,**

v.

**John ASHCROFT, U.S. Attorney General, Respondent.**

No. 02–61005
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Sept. 19, 2003.

Elaine F. Prappas, Prappas & Associates, Houston, TX, for Petitioner.

John Ashcroft, US Department of Justice Civil Division–Appellate Staff, Allen W. Hausman, Thomas Ward Hussey, Director, Emily Anne Radford, Assistant Director, Washington, DC, Hipolito Acosta, US Immigration & Naturalization Service, Houston, TX, Caryl G. Thompson, for Respondent.

Before JONES, BENAVIDES, and CLEMENT, Circuit Judges.

PER CURIAM.*

Mubarak Swatti, a native and citizen of Pakistan, petitions this court for review of the Board of Immigration Appeals' (BIA) decision denying his application for asylum and withholding of deportation. In rejecting Swatti's appeal, the BIA adopted the Immigration Judge's (IJ) findings that Swatti was not a credible witness and that his claims of persecution were not worthy of belief. Contrary to Swatti's argument, the BIA's summary affirmance of the IJ's decision did not constitute error. *See Soadjede v. Ashcroft,* 324 F.3d 830, 832–33 (5th Cir.2003).

This court will not disturb BIA decisions based purely on an IJ's assessment of the alien's credibility. *Chun v. INS,* 40 F.3d 76, 78 (5th Cir.1994). Accordingly, Swatti's petition for review is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.